# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-CV-432-MOC-DSC

| | |
|---|---|
| OSCAR ADEDA IDOWU ADENIJI, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY; | ) |
| MELVIN K. PEDERSON; | ) |
| WILLIE MARTIN; and | ) |
| ROBERT K. WILLIAMS | ) |
| | ) |
| **Defendants** | ) |
| | ) |

## ORDER

**THIS CAUSE** is before the Court upon the Motion of Defendants United States Department of Homeland Security, Melvin K. Pederson, and Robert K. Williams seeking to stay proceedings in this case.

Upon consideration of the Motion of these Defendants, for the reasons stated in its Motion and for good cause shown,

IT IS ORDERED that all proceedings in this case are STAYED pending further order of this Court and that these Defendants shall have thirty days from the lifting of this stay in which to respond to the Complaint.

**SO ORDERED**.

Signed: October 2, 2013

David S. Cayer
United States Magistrate Judge