# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| OSCAR ADEDA IDOWU ADENIJI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 3:13-CV-432-MOC-DSC |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY; | ) | |
| MELVIN K. PEDERSON; | ) | |
| WILLIE MARTIN; and | ) | |
| ROBERT K. WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon Motion of Defendants United States Department of Homeland Security, Melvin Pederson and Robert K. Williams, by and through their counsel making a special appearance, for the reasons stated in the Motion, and for good cause shown,

IT IS ORDERED that the stay imposed by Order of this Court dated October 3, 2013, is LIFTED.

IT IS FURTHER ORDERED this Order supersedes the Order of this Court dated October 3, 2013.

IT IS FURTHER ORDERED that November 18, 2013, is set as the response deadline for Defendants properly served with a Summons and copy of the Complaint.

**SO ORDERED.**

Signed: October 24, 2013

David S. Cayer
United States Magistrate Judge