IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV432-MOC-DSC

| | |
|---|---|
| OSCAR ADEDAYO IDOWU ADENIJI, | ) |
| Plaintiff, | ) |
| v. | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et. al., | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court regarding the pro se Plaintiff's "Motion for Extension of Time to Respond to [Defendant Martin's] Motion To Dismiss" (document #14) filed October 23, 2013. For the reasons stated therein, the Motion is **GRANTED**.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, that he has a right to respond to Defendant's Motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief he seeks, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until Friday, November 8, 2013 to respond to Defendant's "Motion To Dismiss" (document #7).

**SO ORDERED**.

Signed: October 24, 2013

David S. Cayer
United States Magistrate Judge